**Taron L. CRAWFORD, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 74720.

Missouri Court of Appeals, Western District.

March 5, 2013.

Robert J. Bartholomew, Jr., Jefferson City, MO, for appellant.

Mark A. Grothoff, Columbia, MO, for respondent.

Before Division Two: LISA WHITE HARDWICK, Presiding Judge, JAMES M. SMART, JR. and KAREN KING MITCHELL, Judges.

### ORDER

PER CURIAM.

Taron Crawford appeals the judgment denying his Rule 29.15 motion, following an evidentiary hearing. Crawford contends the motion court erred in ruling that defense counsel was not ineffective in failing to call Terrance Ruff as a witness at trial. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment denying post-conviction relief.

AFFIRMED. Rule 84.16(b).